B6A (Official Form 6A) (12/07)

In re **Constantino Rojas, Jr.**             Case No. __**11-70313**_____
    **Juanita C. Rojas**                                    (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| 701 W ELDORA RD, SAN JUAN, TX 78589 LANGLEY STRIP - E11.22' LOT 8 BLK 5 ELDORA ACRES R/S JOHN CLOSNER 4.78 AC GR 4.70 AC NET | commercial property | C | $220,207.00 | $199,745.71 |
| 701 W ELDORA RD, SAN JUAN, TX 78589 LANGLEY STRIP S70'-N703.39'-E140' LOT 8 BLK 17 R/S JOHN CLOSNER 0.22 AC NET | commercial property | C | $4,400.00 | $0.00 |
| 330 E GORE ST, PHARR, TX PHARR ORIGINAL TOWNSITE E 1/2 LOT 7 & ALL LOT 8 BLK 72 | Homestead-Fee Simple | C | $64,107.00 | $67,657.00 |
| SUNCHASE ACRES LOT 1 MOORE RD, TX | real estate | C | $198,934.00 | $188,000.00 |
| | | Total: | $487,648.00 | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **Constantino Rojas, Jr.**                                   Case No.    **11-70313** _____
        **Juanita C. Rojas**                                                                (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other finan- cial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and home- stead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public util- ities, telephone companies, land- lords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | living room set, dining room set, microwave oven, television, bed, dresser, mirror | C | $3,500.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | general wearing apparel for debtors | C | $500.00 |
| 7. Furs and jewelry. | | custome jewerly | C | $100.00 |
| 8. Firearms and sports, photo- graphic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Constantino Rojas, Jr.**                                   Case No.   **11-70313**
    **Juanita C. Rojas**                                                              (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Constantino Rojas, Jr.**                                    Case No.    **11-70313** _____
       **Juanita C. Rojas**                                                                (if known)

## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | electrician license with the State of Texas Non transferable | C | $140.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2000 Expedition | C | $1,000.00 |
| | | 2001 Dodge Truck | C | $1,500.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Constantino Rojas, Jr.**                                    Case No.   **11-70313** _____
      **Juanita C. Rojas**                                                        (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 2004 Ford F150 | C | $9,000.00 |
| | | 1994 GMC Truck | C | $500.00 |
| | | 1997 Ford Ranger | C | $800.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

_____3_____ continuation sheets attached     **Total >** | **$17,040.00**
(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/10)

In re  **Constantino Rojas, Jr.**                          Case No.  **11-70313**
　　　 **Juanita C. Rojas**                                                  (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☑ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $146,450.*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| 330 E GORE ST, PHARR, TX PHARR ORIGINAL TOWNSITE E 1/2 LOT 7 & ALL LOT 8 BLK 72 | 11 U.S.C. § 522(d)(1) | $0.00 | $64,107.00 |
| living room set, dining room set, microwave oven, television, bed, dresser, mirror | 11 U.S.C. § 522(d)(3) | $3,500.00 | $3,500.00 |
| general wearing apparel for debtors | 11 U.S.C. § 522(d)(3) | $500.00 | $500.00 |
| custome jewerly | 11 U.S.C. § 522(d)(4) | $100.00 | $100.00 |
| electrician license with the State of Texas Non transferable | 11 U.S.C. § 522(d)(5) | $140.00 | $140.00 |
| 2000 Expedition | 11 U.S.C. § 522(d)(2) | $1,000.00 | $1,000.00 |
| 2001 Dodge Truck | 11 U.S.C. § 522(d)(2) | $0.00 | $1,500.00 |
| *Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment. | | **$5,240.00** | **$70,847.00** |

B6D (Official Form 6D) (12/07)

In re  **Constantino Rojas, Jr.**                                    Case No.  **11-70313**
           **Juanita C. Rojas**                                                                    _____
                                                                                                              (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **166254707**<br><br>**Bac Home Loans Servici**<br>**450 American St**<br>**Simi Valley, CA 93065** | | C | DATE INCURRED:  **05/2007**<br>NATURE OF LIEN:<br>**Conventional Real Estate Mortgage**<br>COLLATERAL:<br>**SUNCHASE ACRES LOT 1**<br>REMARKS:<br><br>VALUE:                    **$198,934.00** | | | | **$188,000.00** | |
| ACCT #: **6074313527200717**<br><br>**Citifinancial**<br>**300 Saint Paul Pl**<br>**Baltimore, MD 21202** | | C | DATE INCURRED:  **04/27/2007**<br>NATURE OF LIEN:<br>**Conventional Real Estate Mortgage**<br>COLLATERAL:<br>**debtors' homestead**<br>REMARKS:<br><br>VALUE:                    **$64,107.00** | | | | **$67,657.00** | **$3,550.00** |
| ACCT #: **6074313529101493**<br><br>**Citifinancial**<br>**300 Saint Paul Pl**<br>**Baltimore, MD 21202** | | C | DATE INCURRED:  **05/13/2009**<br>NATURE OF LIEN:<br>**Non purchase**<br>COLLATERAL:<br>**2001 Dodge Truck**<br>REMARKS:<br><br>VALUE:                    **$1,500.00** | | | | **$10,374.00** | **$8,874.00** |
| ACCT #: **285728**<br><br>**First National Bank**<br>**320 East University Drive**<br>**Edinburg, TX  78539** | | C | DATE INCURRED:  **06/09/2003**<br>NATURE OF LIEN:<br>**commercial property**<br>COLLATERAL:<br>**701 W ELDORA RD, SAN JUAN, TX 78589**<br>REMARKS:<br><br>VALUE:                    **$224,607.00** | | | | **$199,745.71** | |
| | | | Subtotal (Total of this Page) > | | | | **$465,776.71** | **$12,424.00** |
| | | | Total (Use only on last page) > | | | | | |
| | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

____1____continuation sheets attached

B6D (Official Form 6D) (12/07) - Cont.

In re  **Constantino Rojas, Jr.**                                    Case No. __**11-70313**__
       **Juanita C. Rojas**                                                         (if known)

### SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**First National Bank**<br>**320 East University Drive**<br>**Edinburg, TX  78539** | | C | DATE INCURRED:<br>NATURE OF LIEN:<br>**Non-Purchase Money**<br>COLLATERAL:<br>**furniture, fixtures, equipment**<br>REMARKS:<br><br>VALUE:                **$11,000.00** | | | | **$11,000.00** | |
| ACCT #: p640000072000700<br><br>**Hidalgo County Tax Office**<br>**c/o Perdue Brandon Fielder Collins Mott**<br>**3301 Northland Dr.#505**<br>**Austin, TX  78731** | | C | DATE INCURRED:  **2009 & 2010**<br>NATURE OF LIEN:<br>**Property Taxes**<br>COLLATERAL:<br>**Pharr Original Townsite E 1/2 Lot 7 & all of lot 8**<br>REMARKS:<br><br>VALUE:           **$2,418.16** | | | | **$2,418.16** | |
| ACCT #: 120002415413<br><br>**Law Office of Joe Pezzuto, LLC**<br>**4013 E. Broadway, Suite A2**<br>**Phoenix, AZ  85040** | | C | DATE INCURRED:<br>NATURE OF LIEN:<br>**Collecting for--CACHE, LLC (COMPASS BANK)**<br>COLLATERAL:<br>**1994 GMC Truck & 1997 Ford Ranger**<br>REMARKS:<br><br>VALUE:           **$1,300.00** | | | | **$73,553.92** | **$72,253.92** |
| ACCT #: 50237409904169001<br><br>**Wffinancial**<br>**PO Box 7648**<br>**Boise, ID 83707** | | C | DATE INCURRED:  **11/2007**<br>NATURE OF LIEN:<br>**Automobile**<br>COLLATERAL:<br>**2004 Ford F150**<br>REMARKS:<br><br>VALUE:           **$9,000.00** | | | | **$9,996.00** | **$996.00** |

Sheet no. ___**1**___ of ___**1**___ continuation sheets attached                    Subtotal (Total of this Page) >   **$96,968.08**   **$73,249.92**
to Schedule of Creditors Holding Secured Claims                               Total (Use only on last page) >   **$562,744.79**   **$85,673.92**

(Report also on Summary of Schedules.)          (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (04/10)

In re  **Constantino Rojas, Jr.**                                   Case No.   **11-70313**
    **Juanita C. Rojas**                                                                    (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐  **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐  **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐  **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐  **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐  **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑  **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐  **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐  **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐  **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____**1**_____continuation sheets attached

B6E (Official Form 6E) (04/10) - Cont.

In re  **Constantino Rojas, Jr.**                                    Case No.  **11-70313** _____
       **Juanita C. Rojas**                                                          (If Known)

### SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Internal Revenue Service**<br>**P O Box 7346**<br>**Philadelphia, PA  19101-7346** | C | | DATE INCURRED:<br>CONSIDERATION:<br>**1099 taxes**<br>REMARKS: | | | | $19,000.00 | $19,000.00 | $0.00 |
| ACCT #: **02-1026093**<br>**Texas Workforce Commision**<br>**Tax Department**<br>**P O Box 1298**<br>**McAllen, TX  78505-1298** | C | | DATE INCURRED:  **various**<br>CONSIDERATION:<br>**Taxes, interest, penalties**<br>REMARKS: | | | | $2,268.31 | $2,268.31 | $0.00 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| | | | |
|---|---|---|---|
| Sheet no. ___**1**___ of ___**1**___ continuation sheets attached to Schedule of Creditors Holding Priority Claims | Subtotals (Totals of this page) > | $21,268.31 | $21,268.31 | $0.00 |

| | | |
|---|---|---|
| Total ><br>(Use only on last page of the completed Schedule E.<br>Report also on the Summary of Schedules.) | $21,268.31 | |

| | | |
|---|---|---|
| Totals ><br>(Use only on last page of the completed Schedule E.<br>If applicable, report also on the Statistical Summary<br>of Certain Liabilities and Related Data.) | $21,268.31 | $0.00 |

B6F (Official Form 6F) (12/07)

In re  **Constantino Rojas, Jr.**                                    Case No.  **11-70313**
      **Juanita C. Rojas**                                                    _____
                                                  (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**ACE Bolt & Screw**<br>**1117 W. Highway 83**<br>**Pharr, TX  78577-4599** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Materials**<br>REMARKS: | | | | **$272.89** |
| ACCT #:<br>**American Mobile Storage**<br>**P O Box 531360**<br>**Harlingen, TX  78553** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Storage containers**<br>REMARKS: | | | | **$2,000.00** |
| ACCT #:<br>**Ana Rosa Garcia**<br>**115 E. Rendon**<br>**Pharr, TX  78577** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Breach of contract**<br>REMARKS: | | | | **$20,000.00** |
| **edNoticingPartiesDesignation**<br>**Ana Rosa Garcia** | | | **Maria Antonia Ramirez, Esq.**<br>**402 North Main St.**<br>**McAllen, TX  78501** | | | | **Notice Only** |
| ACCT #:  3146479<br>**Argus Security**<br>**P O Box 41425**<br>**Philadelphia, PA  19101-1425** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Security system & monitoring**<br>REMARKS: | | | | **$2,500.00** |
| ACCT #:  1792<br>**Armando Osio MD PA**<br>**Family & Industrial Center**<br>**1301 E. Fern Suite B3**<br>**McAllen, TX  78501-1467** | | C | DATE INCURRED:  **10/19/2010**<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | **$286.00** |
| | | | Subtotal > | | | | **$25,058.89** |
| | | | Total ><br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the<br>Statistical Summary of Certain Liabilities and Related Data.) | | | | |

_____**11**_____continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re **Constantino Rojas, Jr.**                                    Case No.  **11-70313**
          **Juanita C. Rojas**                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **41579450**<br>**Asset Acceptance Llc**<br>**Pob 1630**<br>**Warren, MI 48090** | | C | DATE INCURRED:  **06/2010**<br>CONSIDERATION:<br>**Collecting for--THD CONSUMER / CITIBANK**<br>REMARKS: | | | | **$2,163.00** |
| ACCT #:  **ROJCO001**<br>**Barry G. Cook, MDPA**<br>**P O Box 52236**<br>**McAllen, TX  78505-2236** | | C | DATE INCURRED:  **09/09/2010**<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | **$855.00** |
| ACCT #:<br>**Briggs Equipment**<br>**Lockbox 841272**<br>**Dallas, TX  75284-1272** | | C | DATE INCURRED:  **03/17/2010**<br>CONSIDERATION:<br>**Deficiency Balance Due**<br>REMARKS: | | | | **$6,631.48** |
| **edNoticingPartiesDesignation**<br>**Briggs Equipment** | | | **Sammons Corporation**<br>**5949 Sherry Lane, Suite 1900**<br>**Dallas, TX  75225-6553** | | | | **Notice Only** |
| ACCT #:  **11806409-50**<br>**CAC Corp.**<br>**2601 NW Expressway Suite 1000 East**<br>**Oklahoma City, OK  73112-726** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for--Rio Grande Valley Cardiology PLLC**<br>REMARKS: | | | | **$76.00** |
| ACCT #:  **11659566-250**<br>**CAC Corp.**<br>**2601 NW Expressway, Suite 1000 East**<br>**Oklahoma City, OK  73112-7236** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for--Rio Grande Valley Cardiology PLLC**<br>REMARKS: | | | | **$14.00** |

Sheet no. ____**1**____ of ____**11**____ continuation sheets attached to                                Subtotal >      **$9,739.48**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                Total >
                                     **(Use only on last page of the completed Schedule F.)**
                         **(Report also on Summary of Schedules and, if applicable, on the**
                         **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Constantino Rojas, Jr.**                                     Case No.   **11-70313**
        **Juanita C. Rojas**                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **11660105**<br>**Cac Financial Corp**<br>**2601 Nw Expwy**<br>**Oklahoma City, OK 73112** | | C | DATE INCURRED:  **02/2011**<br>CONSIDERATION:<br>**Collecting for--RIO GRANDE VALLEY CARDIOLGY**<br>REMARKS: | | | | $146.00 |
| ACCT #:  **11659236**<br>**Cac Financial Corp**<br>**2601 Nw Expwy**<br>**Oklahoma City, OK 73112** | | C | DATE INCURRED:  **02/2011**<br>CONSIDERATION:<br>**Collecting for--RIO GRANDE VALLEY CARDIOLGY**<br>REMARKS: | | | | $146.00 |
| ACCT #:  **11659371**<br>**Cac Financial Corp**<br>**2601 Nw Expwy**<br>**Oklahoma City, OK 73112** | | C | DATE INCURRED:  **02/2011**<br>CONSIDERATION:<br>**Collecting for--RIO GRANDE VALLEY CARDIOLGY**<br>REMARKS: | | | | $136.00 |
| ACCT #:  **11659566**<br>**Cac Financial Corp**<br>**2601 Nw Expwy**<br>**Oklahoma City, OK 73112** | | C | DATE INCURRED:  **02/2011**<br>CONSIDERATION:<br>**Collecting for--RIO GRANDE VALLEY CARDIOLGY**<br>REMARKS: | | | | $14.00 |
| ACCT #:  **3820366890**<br>**Capital One**<br>**Deposit Recovery Dept.**<br>**P O Box 152409**<br>**Irving, TX  75015** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**overdraft**<br>REMARKS: | | | | $1,370.27 |
| ACCT #:  **7003**<br>**Cardiothoracic Surgeons of McAllen**<br>**500 E. Ridge Rd. Ste 201**<br>**McAllen, TX  78503-1508** | | C | DATE INCURRED:  **09/10/2010**<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $6,281.66 |

Sheet no. ___**2**___ of ___**11**___ continuation sheets attached to                        Subtotal >          **$8,093.93**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                          Total >
                                                      **(Use only on last page of the completed Schedule F.)**
                                              **(Report also on Summary of Schedules and, if applicable, on the**
                                              **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Constantino Rojas, Jr.**                                    Case No.  **11-70313**
       **Juanita C. Rojas**                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Cardiothoracic Surgeons of McAllen**<br>**500 E. Ridge Rd. Ste 201**<br>**McAllen, TX  78503** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | **$2,000.00** |
| ACCT #:  **03-95516209**<br>**CBCS**<br>**250 East Town Street**<br>**Columbus, OH  43215** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for--AT&T South West**<br>REMARKS: | | | | **$133.06** |
| ACCT #:<br>**Compass Bank**<br>**3900 N 10th St**<br>**McAllen, TX  78501** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**overdraft**<br>REMARKS: | | | | **$1,340.35** |
| **edNoticingPartiesDesignation**<br>**Compass Bank** | | | **Recovery Services, Inc.**<br>**5251 Westheimer**<br>**Houston, TX  77056** | | | | **Notice Only** |
| ACCT #:<br>**Compass Bank**<br>**3900 N 10th St**<br>**McAllen, TX 78501** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**overdraft**<br>REMARKS: | | | | **$2,297.00** |
| ACCT #:  **900004767301**<br>**Credit Rcvry**<br>**Pob 1228**<br>**Mauldin, SC 29662** | | C | DATE INCURRED:  **04/02/2009**<br>CONSIDERATION:<br>**Deficiency Balance Due**<br>REMARKS: | | | | **$1,128.00** |

Sheet no. _____**3**_____ of _____**11**_____ continuation sheets attached to          Subtotal >          **$6,898.41**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                            Total >
                                    **(Use only on last page of the completed Schedule F.)**
                                    **(Report also on Summary of Schedules and, if applicable, on the**
                                    **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Constantino Rojas, Jr.**                                    Case No.   **11-70313**
      **Juanita C. Rojas**                                                (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **661388**<br>**Creditor Svc**<br>**2370 Central Blvd**<br>**Brownsville, TX 78520** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for--MED1 02 DR HARISH KOOLWAL**<br>REMARKS: | | | | **$100.00** |
| ACCT #:  **R51258**<br>**Creditors Service Bureau**<br>**2370 Central Blvd.**<br>**Brownsville, TX  78520** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for--RGV Aneth & Dr. Harish Koolwal**<br>REMARKS: | | | | **$3,900.00** |
| ACCT #:<br>**Creditors Service Bureau of El Paso, Inc**<br>**P O Box 221680**<br>**El Paso< TX  79913** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**TX Gas 3rd Party Damage**<br>REMARKS: | | | | **$538.91** |
| ACCT #:<br>**Dealers Electric Supply**<br>**2320 Columbus Ave.**<br>**P O Box 2676**<br>**Waco, TX  76702** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**judgment**<br>REMARKS: | | | | **$124,009.55** |
| ACCT #:<br>**District Attorney's Office**<br>**100 N. Closner, 3rd Fl. Courthouse**<br>**Edinburg, TX  78539** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**NSF check**<br>REMARKS: | | | | **$2,200.00** |
| ACCT #:  **00000239**<br>**Dr. Bose Industrial & Family Medicine**<br>**801 E. Nolana Suite 9**<br>**McAllen, TX  78504** | | C | DATE INCURRED:  **04/30/2007**<br>CONSIDERATION:<br>**Medical services**<br>REMARKS: | | | | **$183.00** |

Sheet no. _____**4**_____ of _____**11**_____ continuation sheets attached to                    Subtotal >   **$130,931.46**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Constantino Rojas, Jr.**                                    Case No.   **11-70313**
        **Juanita C. Rojas**                                                      (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **3357-90626**<br>**FED EX**<br>**P O Box 660481**<br>**Dallas, TX  75266-0481** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | $318.50 |
| ACCT #:<br>**Gabriel Diaz MD PA**<br>**P O Box 8101**<br>**Mission, TX  78572** | | C | DATE INCURRED:  **09/01/2010**<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $320.00 |
| ACCT #:  **ROJCO000**<br>**Harish Koolwal, MD, PA**<br>**P O Box 4443**<br>**McAllen, TX  78502** | | C | DATE INCURRED:  **09/06/2010**<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $100.00 |
| ACCT #:  **11143**<br>**Heart Clinic**<br>**500 East Ridge Road, Suite 100**<br>**McAllen, TX  78503** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $266.00 |
| ACCT #:<br>**Hughston Insurance Agency**<br>**P O Box 8550**<br>**Brownsville, TX  78526-8550** | | C | DATE INCURRED:  **01/13/2009**<br>CONSIDERATION:<br>**insurance**<br>REMARKS: | | | | $1,620.00 |
| ACCT #:<br>**Inter National Bank**<br>**1502 S Sugar Road**<br>**Edinburg, TX  78539** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**overdraft**<br>REMARKS: | | | | $6,000.00 |

Sheet no. ___**5**___ of ___**11**___ continuation sheets attached to                                    Subtotal >   | **$8,624.50** |
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Constantino Rojas, Jr.**                                    Case No.   **11-70313**
        **Juanita C. Rojas**                                                          _____
                                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Inter National Bank**<br>**1502 S Sugar Road**<br>**Edinburg, TX  78539** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**overdraft**<br>REMARKS: | | | | **$157.00** |
| ACCT #:<br>**Jefferson A. Crabb, Esq.**<br>**3019 W. Alberta**<br>**Edinburg, TX  78539** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for--First National Bank**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **3129007000700**<br>**La Joya Teachers Credi**<br>**Po Box 1300**<br>**La Joya, TX 78560** | | C | DATE INCURRED:  **06/2008**<br>CONSIDERATION:<br>**loan**<br>REMARKS: | | | | **$6,525.00** |
| ACCT #:  **6106**<br>**Lester Dyke, MD PA**<br>**1801 S 5th Ste 215**<br>**McAllen, TX  78503** | | C | DATE INCURRED:  **09/08/2010**<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | **$100.00** |
| ACCT #:  **800-00100248-000**<br>**McCoys Building Supply**<br>**P O Box 1362**<br>**San Marcos, TX  78667** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Materials**<br>REMARKS: | | | | **$4,688.75** |
| ACCT #:  **10-67697**<br>**MEDCARE EMS INC**<br>**P O Box 202799**<br>**Dallas, TX  75320** | | C | DATE INCURRED:  **11/3/2010**<br>CONSIDERATION:<br>**Collecting for--McAllen Medical Center**<br>REMARKS: | | | | **$952.00** |

Sheet no. ____**6**____ of ____**11**____ continuation sheets attached to                                   Subtotal >   **$12,422.75**
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Constantino Rojas, Jr.**                           Case No.  **11-70313**
       **Juanita C. Rojas**                                            (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **736978651**<br>**Nco Fin /99**<br>**Po Box 15636**<br>**Wilmington, DE 19850** | | C | DATE INCURRED:  **02/2011**<br>CONSIDERATION:<br>**Collecting for--MED1 02 PALMS EMERGENCY PHY**<br>REMARKS: | | | | $1,152.00 |
| ACCT #:  **736978652**<br>**Nco Fin /99**<br>**Po Box 15636**<br>**Wilmington, DE 19850** | | C | DATE INCURRED:  **02/2011**<br>CONSIDERATION:<br>**Collecting for--MED1 02 PALMS EMERGENCY PHY**<br>REMARKS: | | | | $56.00 |
| ACCT #:  **HCI989**<br>**NCO Financial Systems Inc.**<br>**507 Prudential Road**<br>**Horsham, PA  19044** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for--CINTAS**<br>REMARKS: | | | | $303.50 |
| ACCT #:  **111147089**<br>**NCO Financial Systems Inc.**<br>**507 Prudential Road**<br>**Horsham, PA  19044** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for--Nextel Partners**<br>REMARKS: | | | | $7,576.37 |
| ACCT #:  **TPP196**<br>**NCO Financial Systems, Inc.**<br>**507 Prudential Road**<br>**Horsham, PA  19044** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for--AT&T**<br>REMARKS: | | | | $1,379.79 |
| ACCT #:  **TJM240**<br>**NCO Financial Systems, Inc.**<br>**507 Prudential road**<br>**Horsham, PA  19044** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for-- AT & T**<br>REMARKS: | | | | $189.98 |

Sheet no. ____**7**____ of ____**11**____ continuation sheets attached to            Subtotal >        $10,657.64
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                              Total >
                            **(Use only on last page of the completed Schedule F.)**
                       **(Report also on Summary of Schedules and, if applicable, on the**
                       **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Constantino Rojas, Jr.**        Case No.   **11-70313**
     **Juanita C. Rojas**
                                       (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **2s9wdx**<br>**NCO Financial Systems, Inc.**<br>**P O Box 15630**<br>**Dept. 99**<br>**Wilmington, DE  19850** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for--Palms Emergency Physicians**<br>REMARKS: | | | | **$1,208.00** |
| ACCT #:  **MLH1136459151**<br>**Palms Emergency Physicians**<br>**P O Box 41735**<br>**Philadelphia, PA  19101-1735** | | C | DATE INCURRED:  **10/10/2010**<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | **$1,264.00** |
| ACCT #:  **MLH1135204806**<br>**Palms Emergency Physicians**<br>**P O Box 41735**<br>**Philadelphia, PA  19101-1735** | | C | DATE INCURRED:  **09/01/2010**<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | **$1,208.00** |
| ACCT #:<br>**Paul Wilson, Esq.**<br>**323 W. Cano, Suite 200**<br>**Edinburg, TX  78539** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for--Jose R. Zamora, dba G's Electric**<br>REMARKS: | | | | **$75,000.00** |
| ACCT #:  **R51258**<br>**RGV Anesthesia Associates, PA**<br>**P O Box 720188**<br>**McAllen, TX  78504** | | C | DATE INCURRED:  **01/21/2011**<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | **$3,800.00** |
| ACCT #:  **8x100317970**<br>**RGV Cardiology PLLC**<br>**3 Maryland Farms Ste 250**<br>**Brentwood, TN  37027-5053** | | C | DATE INCURRED:  **09/02/2010**<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | **$3,632.00** |

Sheet no. ____**8**____ of ____**11**____ continuation sheets attached to        Subtotal >        **$86,112.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                       Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Constantino Rojas, Jr.**                                      Case No.   **11-70313**
      **Juanita C. Rojas**                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  365543727<br>**RMS**<br>**77 Hartland St. Suite 401**<br>**P O Box 280431**<br>**East Hartford CT  06128-0431** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for--Travelers Indemnity Co.**<br>REMARKS: | | | | $125.72 |
| ACCT #:<br>**Roerig Oliveira & Fisher**<br>**855 West Price Road, Suite 9**<br>**Brownsville, TX  78520** | | C | DATE INCURRED:  **04/30/2010**<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS: | | | | $829.07 |
| ACCT #:  208104<br>**Safety Services Company**<br>**P O Box 6408**<br>**Yuma, AZ  85366-6408** | | C | DATE INCURRED:  **06/25/2009**<br>CONSIDERATION:<br>**Safety program**<br>REMARKS: | | | | $149.99 |
| ACCT #:<br>**Salinas, Allen & Schmitt, LLP**<br>**314 Nolana**<br>**McAllen, TX  78504** | | C | DATE INCURRED:  **04/01/2011**<br>CONSIDERATION:<br>**CPA services**<br>REMARKS: | | | | $308.00 |
| ACCT #:<br>**San Antonio Electric Supply**<br>**5922 Business Park**<br>**San Antonio, TX  78217** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Materials**<br>REMARKS: | | | | $7,500.00 |
| ACCT #:  113645915<br>**South Texas Health Systems**<br>**P O Box 3247 Cust: UHS**<br>**Toledo, OH  43607-0475** | | C | DATE INCURRED:  **10/10/2010**<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $4,560.95 |

Sheet no. _____**9**_____ of _____**11**_____ continuation sheets attached to          Subtotal >          $13,473.73
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                             Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Constantino Rojas, Jr.**                                    Case No.  **11-70313**
       **Juanita C. Rojas**                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **113520480**<br>**South Texas Health Systems**<br>**P O Box 3247 Cust: UHS**<br>**Toledo, OH  43607-0475** | | C | DATE INCURRED:  **09/01/2010**<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | **$17,287.90** |
| ACCT #:  **7819562238074**<br>**Southwest Credit**<br>**4120 International Parkway Suite 1100**<br>**Carrollton, TX  75007** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for--AT&T BSC TX**<br>REMARKS: | | | | **$13,779.79** |
| ACCT #:<br>**Spoor Engineering Consultants, inc.**<br>**202 South 4th Street**<br>**McAllen, TX  78501** | | C | DATE INCURRED:  **01/14/2009**<br>CONSIDERATION:<br>**Survey**<br>REMARKS: | | | | **$550.00** |
| ACCT #:  **016750393**<br>**The Collection Firm of Franklin**<br>**P O Box 3910**<br>**Tupelo, MS  38803-3910** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for--AT & T**<br>REMARKS: | | | | **$189.98** |
| ACCT #:  **4560800**<br>**The Law Offices of Phillip R. Sauer**<br>**3 Golf Center, Suite 352**<br>**Hoffman Estates, IL  60169** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for--America First Ins**<br>REMARKS: | | | | **$317.98** |
| ACCT #:<br>**Titus LTD**<br>**128 Beaumont Ave.**<br>**McAllen, TX  78501** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**loan**<br>REMARKS: | | | | **$1,800.00** |

Sheet no. ____**10**____ of ____**11**____ continuation sheets attached to                                    Subtotal >          **$33,925.65**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                Total >
                                    **(Use only on last page of the completed Schedule F.)**
                                    **(Report also on Summary of Schedules and, if applicable, on the**
                                    **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Constantino Rojas, Jr.**                                    Case No.   **11-70313**
        **Juanita C. Rojas**                                                     (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **TMobile** **P O Box 660252** **Dallas, TX 75266-0252** | | C | DATE INCURRED: CONSIDERATION: **Mobile phone services** REMARKS: | | | | **$2,656.54** |
| **edNoticingPartiesDesignation** **TMobile** | | | **Law Offices of Mitchell N. Kay PC** **7 Penn Plaza** **Newy York, NY 10001** | | | | **Notice Only** |
| ACCT #: **TOPCON Inc.** **8901 N. 23rd St.** **McAllen, TX 78504** | | C | DATE INCURRED: CONSIDERATION: **Notice Only** REMARKS: | | | | **Notice Only** |
| ACCT #: **Vci Builders** **P O Box 4637** **Mission, TX 78573** | | C | DATE INCURRED: CONSIDERATION: **Notice Only** REMARKS: | | | | **Notice Only** |
| | | | | | | | |
| | | | | | | | |

Sheet no. __11__ of __11__ continuation sheets attached to                                    Subtotal >     **$2,656.54**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                             Total >     **$348,594.98**
                                        **(Use only on last page of the completed Schedule F.)**
                                    **(Report also on Summary of Schedules and, if applicable, on the**
                                     **Statistical Summary of Certain Liabilities and Related Data.)**

B6G (Official Form 6G) (12/07)

In re  **Constantino Rojas, Jr.**                                    Case No.   **11-70313**
        **Juanita C. Rojas**                                                         (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

B6H (Official Form 6H) (12/07)

In re **Constantino Rojas, Jr.**　　　　　　　　　　　　Case No.　**11-70313**　　　　　　　
　　　**Juanita C. Rojas**　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

B6I (Official Form 6I) (12/07)

In re **Constantino Rojas, Jr.**          Case No. **11-70313**
  **Juanita C. Rojas**                              (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | Dependents of Debtor and Spouse | | |
|---|---|---|---|
| **Married** | Relationship(s): Daughter   Age(s): 20 years | Relationship(s):   Age(s): | |

| Employment: | Debtor | Spouse |
|---|---|---|
| Occupation | disabled per doctor order | unemployed, housewife |
| Name of Employer | | |
| How Long Employed | | |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | **DEBTOR** | **SPOUSE** |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $0.00 | $0.00 |
| 2. Estimate monthly overtime | $0.00 | $0.00 |
| 3. SUBTOTAL | **$0.00** | **$0.00** |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes (includes social security tax if b. is zero) | $0.00 | $0.00 |
| b. Social Security Tax | $0.00 | $0.00 |
| c. Medicare | $0.00 | $0.00 |
| d. Insurance | $0.00 | $0.00 |
| e. Union dues | $0.00 | $0.00 |
| f. Retirement | $0.00 | $0.00 |
| g. Other (Specify) _____ | $0.00 | $0.00 |
| h. Other (Specify) _____ | $0.00 | $0.00 |
| i. Other (Specify) _____ | $0.00 | $0.00 |
| j. Other (Specify) _____ | $0.00 | $0.00 |
| k. Other (Specify) _____ | $0.00 | $0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | **$0.00** | **$0.00** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | **$0.00** | **$0.00** |
| 7. Regular income from operation of business or profession or farm (Attach detailed stmt) | $0.00 | $0.00 |
| 8. Income from real property | $0.00 | $0.00 |
| 9. Interest and dividends | $0.00 | $0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $0.00 | $0.00 |
| 11. Social security or government assistance (Specify): _____ | $0.00 | $0.00 |
| 12. Pension or retirement income | $0.00 | $0.00 |
| 13. Other monthly income (Specify): | | |
| a. dbtr1 sisters _____ | $700.00 | $0.00 |
| b. dbtrs' daugther _____ | $300.00 | $0.00 |
| c. _____ | $0.00 | $0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | **$1,000.00** | **$0.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | **$1,000.00** | **$0.00** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | **$1,000.00** | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**Dbtr underwent coronary artery bypass grafts times four on 9/10/10, is totally disabled due to poor ejection fraction & diffuse disease of the coronaries. Dbtr has applied for Social Security Disability Income and his case is pending.**

B6J (Official Form 6J) (12/07)

| | |
|---|---|
| IN RE:  **Constantino Rojas, Jr.** | Case No.  **11-70313** |
| **Juanita C. Rojas** | (if known) |

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $400.00 |
|     a. Are real estate taxes included?   ☑ Yes   ☐ No | |
|     b. Is property insurance included?   ☑ Yes   ☐ No | |
| 2. Utilities:   a. Electricity and heating fuel | $75.00 |
|            b. Water and sewer | |
|            c. Telephone | |
|            d. Other: | |
| 3. Home maintenance (repairs and upkeep) | |
| 4. Food | $200.00 |
| 5. Clothing | |
| 6. Laundry and dry cleaning | |
| 7. Medical and dental expenses | |
| 8. Transportation (not including car payments) | $100.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | |
| 10. Charitable contributions | |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|          a. Homeowner's or renter's | |
|          b. Life | |
|          c. Health | |
|          d. Auto | $30.00 |
|          e. Other: | |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
| Specify: | |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|          a. Auto:   Citifinancial | $301.00 |
|          b. Other: | |
|          c. Other: | |
|          d. Other: | |
| 14. Alimony, maintenance, and support paid to others: | |
| 15. Payments for support of add'l dependents not living at your home: | |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | |
| 17.a. Other: | |
| 17.b. Other: | |
| **18. AVERAGE MONTHLY EXPENSES (Total lines 1-17.  Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)** | **$1,106.00** |

| | |
|---|---:|
| 19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:  **None.** | |
| | |
| 20. STATEMENT OF MONTHLY NET INCOME | |
| a. Average monthly income from Line 15 of Schedule I | $1,000.00 |
| b. Average monthly expenses from Line 18 above | $1,106.00 |
| c. Monthly net income (a. minus b.) | ($106.00) |

B6 Summary (Official Form 6 - Summary) (12/07)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

In re  **Constantino Rojas, Jr.**          Case No.    **11-70313**
       **Juanita C. Rojas**

Chapter    **7**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $487,648.00 | | |
| B - Personal Property | Yes | 4 | $17,040.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $562,744.79 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $21,268.31 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 12 | | $348,594.98 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $1,000.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $1,106.00 |
| TOTAL | | 26 | $504,688.00 | $932,608.08 | |

Form 6 - Statistical Summary (12/07)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

In re  **Constantino Rojas, Jr.**                                         Case No.   **11-70313**
    **Juanita C. Rojas**

                                                Chapter   **7**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $21,268.31 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $0.00 |
| Student Loan Obligations (from Schedule F) | $0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $0.00 |
| **TOTAL** | $21,268.31 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $1,000.00 |
| Average Expenses (from Schedule J, Line 18) | $1,106.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $900.00 |

**State the following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $85,673.92 |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $21,268.31 | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $0.00 |
| 4.  Total from Schedule F | | $348,594.98 |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $434,268.90 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **Constantino Rojas, Jr.**                                    Case No.  **11-70313**
      **Juanita C. Rojas**                                                    (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

    I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of       **28**
sheets, and that they are true and correct to the best of my knowledge, information, and belief.


Date  **6/8/2011**                                     Signature  **/s/ Constantino Rojas, Jr.**
                                                                           **Constantino Rojas, Jr.**


Date  **6/8/2011**                                     Signature  **/s/ Juanita C. Rojas**
                                                                           **Juanita C. Rojas**

                                                                    [If joint case, both spouses must sign.]

---

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*